**Deny and Opinion Filed November 23, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-01318-CV

### IN RE BOBBY DUNCAN, Relator

**Original Proceeding from the 296th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 296-53157-2014**

## MEMORANDUM OPINION

Before Chief Justice Wright, Justice Bridges, and Justice Stoddart
Opinion by Chief Justice Wright

Relator filed this petition for writ of mandamus is this divorce proceeding, which includes a suit affecting the parent–child relationship, complaining of various decisions of the trial court, many of which have been considered in relator's prior petitions for writs of mandamus. *See In re Duncan*, No. 05-15-00890-CV, 2015 WL 4572655, at \*1 (Tex. App.— Dallas July 30, 2015, orig. proceeding); *In re Duncan*, 05-15-00767-CV, 2015 WL 3947050, at \*2 (Tex. App.—Dallas June 29, 2015, orig. proceeding). Ordinarily, to obtain mandamus relief, a relator must show both that the trial court has clearly abused its discretion and that relator has no adequate appellate remedy. *In re Prudential Ins. Co.,* 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding). Having carefully reviewed the petition and record in support of the petition, we conclude relator has failed to establish a right to relief.

We deny the petition for writ of mandamus.


151318F.P05

/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE